UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY QUI,<br><br>  Plaintiff,<br><br>  v.<br><br>TODD M. LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>  Defendant. | Case No. 25-cv-03475-WHO<br><br>**JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jeffrey S. White for consideration of whether the case is related to *Doe v. Trump et al*, No 4:25-cv-03140-JSW.

**IT IS SO ORDERED.**

Dated: April 21, 2025



William H. Orrick
United States District Judge