UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKY QUI,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD M. LYONS, ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendant. | Case No. 25-cv-03475-WHO   (JSW)<br><br>**ORDER REQUIRING RESPONSE**<br><br>Re: Dkt. No. 11 |

The Court has received the *sua sponte* referral order for purposes of determining whether this case is related to 21-cv-3140, *Doe v. Trump*. Defendant has stated that he does not oppose relation. In light of the TRO issued and the fact that time is of the essence, the Court ORDERS Plaintiff to respond by filing an opposition or statement of non-opposition in case 21-cv-3140 by no later than 11:00 a.m. April 24, 2025. If Plaintiff does not respond by that time, the Court will construe it as an acceptance of relation.

**IT IS SO ORDERED**.

Dated: April 23, 2025

_____
JEFFREY S. WHITE
United States District Judge